THE PEOPLE OF THE STATE OF NEW YORK ex rel. DALE LIONEL SMITH on Behalf of MALIKAH SHABAZZ, Petitioner, v DORA

B. Schriro, Respondent. [919 NYS2d 362]—

The determination of the Supreme Court, Queens County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Prudenti, P.J., Dillon, Balkin and Sgroi, JJ., concur.